Kenneth A. Maranga, (SBN 94116)
ken.maranga@marmorlaw.com
John F. Peterson, Esq. (SBN 169452)
john.peterson@marmorlaw.com
Patricia E. Ellyatt, Esq. (SBN 112552)
pellyatt@marmorlaw.com
MARANGA • MORGENSTERN
A Professional Law Corporation
5850 Canoga Avenue, Suite 600
Woodland Hills, California 91367
(818) 587-9146; Fax (818) 587-9147

Attorneys for Defendants,
COUNTY OF LOS ANGELES, a public entity, and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MC PHERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES;<br>LOS ANGELES SHERIFF'S<br>DEPARTMENT; DOE GAINES;<br>DOE WILLIAMS; and DOES 3-10,<br><br>　　　　Defendants. | Case No. CV08-05873 DDP (JTLx)<br><br>[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FRCP 41 |

The plaintiff and defendants County of Los Angeles and Los Angeles County Sheriff's Department have entered into a stipulation that this action may be dismissed with prejudice without cost to any party. This stipulation was filed with the court on August 28, 2009.

///

///

///

///

-1-

[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FRCP 41

1  IT IS HEREBY ORDERED that the above-entitled action be discontinued and
2  dismissed with prejudice without cost to any party.
3
4  DATED: 9-2-09
5  _____
   JUDGE OF THE U.S. DISTRICT COURT
6
7  \\Mmlaw01\cases kam\McPherson v. COLA\Pleadings\Prop Order of Dismissal.wpd
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FRCP 41